UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDE BONNER, JR., | ) | Case no. EDCV 09-0189-RC |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _May 19, 2010_____     _/S/ ROSALYN M. CHAPMAN_____
                               ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-0189.jud
5/19/10